1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**
13 | | **District Judge: Charles R. Breyer**

14 | This Document Relates To:

15 | *Judy Shearer, et al. vs. Pharmacia Inc, et al.* (05-4581 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
16 |

17 | *Barbara J. Williams vs. Pfizer Inc, et al.* (06-1670 CRB)

18 | *Michele Walker, et al. vs. Pfizer Inc, et al.* (06-1878 CRB)
19 |

20 | *Stephanie Shearer vs. Monsanto Company, et al.* (06-1902 CRB)
21 |

22 | *Joe Vega, et al. vs. Pfizer Inc, et al.* (06-2440 CRB)

23 | *Brad Henry Taylor vs. Pfizer Inc, et al.* (06-2577 CRB)
24 |

25 | *James Preston Taylor vs. Pfizer Inc, et al.* (06-2863 CRB)

26 | *John H. Roberts, Jr. vs. Pfizer Inc, et al.* (06-3062 CRB)
27 |

28 | *Patsy Lynn Stegall vs. Pfizer Inc, et al.* (06-3084 CRB)

-1-

| | |
|---|---|
| 1 | |
| 2 | *Andrea Sanborn, et al. vs. Pfizer Inc, et al.* (06-3100 CRB) |
| 3 | *Barbara Smith, et al. vs. Pfizer Inc, et al.* (06-3102 CRB) |
| 4 | |
| 5 | *Arnold Swick vs. Pfizer Inc* (06-3304 CRB) |
| 6 | *Corrine Morrisette vs. Pfizer Inc, et al.* (06-3363 CRB) |
| 7 | |
| 8 | *Sylvia Wingard vs. Pfizer Inc, et al.* (06-3653 CRB) |
| 9 | *Susan Smith vs. Pfizer Inc, et al.* (06-3951 CRB) |
| 10 | |
| 11 | *Clarence Edward Smith vs. Pfizer Inc, et al.* (06-3957 CRB) |
| 12 | *Mary Vernick vs. Pfizer Inc, et al.* (06-4102 CRB) |
| 13 | |
| 14 | *Patricia Ann Kennedy Watson vs. Pfizer Inc, et al.* (06-4285 CRB) |
| 15 | |
| 16 | *Marvin Rogers vs. G.D. Searle LLC, et al.* (06-4514 CRB) |
| 17 | *Shirley Lindeen vs. G.D. Searle LLC, et al.* (06-4515 CRB) |
| 18 | |
| 19 | *Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et al.* (06-4547 CRB) |
| 20 | |
| 21 | *Charles Snodgrass vs. Pfizer Inc, et al.* (06-4661 CRB) |
| 22 | *John Vandale vs. Pfizer Inc, et al.* (06-5257 CRB) |
| 23 | |
| 24 | *William Coulson, et al. vs. Pfizer Inc, et al.* (06-5261 CRB) |
| 25 | *Dick Shepherd vs. Pfizer Inc, et al.* (06-5417 CRB) |
| 26 | |
| 27 | *Robin Morrison, et al. vs. Pfizer Inc, et al.* (06-6900 CRB) |
| 28 | *Rosa Cebreros, et al. vs. Pfizer Inc, et al.* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1  (06-7003 CRB)

2  *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
   (06-7113 CRB)

3

4  *Florence Salle vs. Pfizer Inc, et al.*
   (06-7207 CRB)

5  *Jimmie A. Scott vs. Pfizer Inc, et al.*
   (06-7259 CRB)

6

7  *William Edward Simpson vs. Pfizer Inc, et al.*
   (07-0972 CRB)

8  *Terry Vintson vs. Pfizer Inc, et al.*
   (07-0977 CRB)

9

10  *Deanna L. Walston vs. Pfizer Inc, et al.*
    (07-1318 CRB)

11  *Louis Romanelli vs. Pfizer Inc, et al.*
    (07-2631 CRB)

12

13  *Johnnie L. West vs. Pfizer Inc, et al.*
    (07-5687 CRB)

14  *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
    (07-5915 CRB)

15

16  *Gene Summers vs. Pfizer Inc, et al.*
    (08-0259 CRB)

17  *Maria Avendano vs. Pfizer Inc, et al.*
    (08-1099 CRB)

18

19  *Mary Woodall vs. Pfizer Inc, et al.*
    (08-1183 CRB)

20  *Mildred Sturdavant vs. Pfizer Inc, et al.*
    (08-1976 CRB)

21

22  *Netra Thomas vs. Pfizer Inc, et al.*
    (08-2110 CRB)

23  *John Denton vs. Pfizer Inc, et al.*
    (08-2459 CRB)

24

25  *Joanne Schwandt vs. Pfizer Inc, et al.*
    (08-2604 CRB)

26  *Donald Schwanke vs. Pfizer Inc, et al.*
    (08-3709 CRB)

27

28  *Cheryl Samuel vs. Pfizer Inc, et al.*
    (09-0888 CRB)

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

| | |
|---|---|
| 1 | |
| 2 | Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs. |

DATED: 10·29, 2009     By: /s/ Navan Ward

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 29, 2009     By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*


PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: **NOV 1 3 2009**

Hon. Charles R. Breyer
United States District Court

-4-