Seth Webb
**Brown & Crouppen, P.C.**
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-0359
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| This Document Relates To: ) | |
| *Shirley Mae Nash v. G.D. Searle, LLC, et al.* (05-4544 CRB) ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *William Crowley v. Pfizer Inc.* (06-2668 CRB) ) ) ) | |
| *Arnold Swick v. Pfizer Inc.* (06-3304 CRB) ) ) ) | |
| *Marvin Rogers v. G.D. Searle, LLC, et al.* (06-4514 CRB) ) ) ) | |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42620439.1

DATED: 11-23, 2009     By: _____

**BROWN & CROUPPEN, P.C.**
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-0359

*Attorneys for Plaintiffs*

DATED:  Dec. 1 , 2009     By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone:  212-335-4500
Facsimile:  212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **DEC 1 1 2009**     _____

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42620439.1